PROB 12C
(6/16)

Report Date: March 2, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 02, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Ryan Michael Fogler | Case Number: 0980 1:18CR02068-TOR-1 |
| Address of Offender: | Spokane, Washington 99223 |

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: June 27, 2019

Original Offense:    Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1), and 924(a)(2)

| | | |
|---|---|---|
| Original Sentence: | Prison - 41 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: August 20, 2021 |
| Defense Attorney: | Jeremy B. Sporn | Date Supervision Expires: August 19, 2024 |

### PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1    **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Fogler is considered to be in violation by consuming controlled substances, heroin and methamphetamine, on or prior to January 30, 2022.

On August 25, 2021, this officer reviewed the judgment and sentence with Mr. Fogler. He stated he understood the conditions of his supervised release, which included special condition number 3.

At the direction of this officer, Mr. Fogler participated in a substance abuse evaluation with Pioneer Human Services on February 1, 2022. After his evaluation, Mr. Fogler submitted to a drug test, which resulted as positive for methamphetamine and was subsequently confirmed by Alere Labs to be positive for methamphetamine and amphetamine. Mr. Fogler admitted to the evaluator that he had used methamphetamine and heroin on January 30, 2022, and he has been using both of these substances every other day since mid-December 2021.

Prob12C
Re: Fogler, Ryan Michael
March 2, 2022
Page 2

| | |
|---|---|
| 2 | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Fogler is considered to be in violation by consuming a controlled substance, amphetamine/methamphetamine, on February 4, 2022.

On August 25, 2021, this officer reviewed the judgment and sentence with Mr. Fogler. He stated he understood the conditions of his supervised release, which included special condition number 3.

At the direction of this officer, Mr. Fogler submitted to a drug screen on February 4, 2022, at Pioneer Human Services. This test was presumptive positive for methamphetamine and was subsequently confirmed by Alere Labs to be positive for methamphetamine and amphetamine.

| | |
|---|---|
| 3 | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Fogler is considered to be in violation by failing to submit to drug testing on February 9, 2022.

On August 25, 2021, this officer reviewed the judgment and sentence with Mr. Fogler. He stated he understood the conditions of his supervised release, which included special condition number 3.

Mr. Fogler was directed to submit to a drug screening on February 9, 2022, as his bed date was delayed due to an upcoming wrist surgery scheduled for February 10, 2022. Mr. Fogler failed to report for his drug screen as directed and failed to provide an adequate excuse for missing his drug screening.

| | |
|---|---|
| 4 | **Special Condition #2**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You must contribute to the cost of treatment according to his ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |

**Supporting Evidence**: Mr. Fogler is considered to be in violation by failing to complete residential treatment and departing the facility without prior authorization from U.S. probation on February 23, 2022, .

On August 25, 2021, this officer reviewed the judgment and sentence with Mr. Fogler. He stated he understood the conditions of his supervised release, which included special condition number 2.

On February 23, 2022, this officer received notification that Mr. Fogler had received a call from his girlfriend reporting someone had broken into their apartment and assaulted her. As a result of this call, Mr. Fogler left the facility without permission. Initially after leaving the

Prob12C
Re: Fogler, Ryan Michael
March 2, 2022
Page 3

facility, Mr. Fogler was in good communication with this officer, and was advised that Pioneer Center East (treatment facility) would allow him to return on February 28, 2022. Mr. Fogler failed to return to the facility and was discharged unsuccessful from the program.

5   **Standard Condition #2:** After initially reporting to the probation office, you will receive instructions from the Court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: Mr. Fogler is considered to be in violation by failing to report as directed by this officer on February 28, and March 1, 2022.

On August 25, 2021, this officer reviewed the judgment and sentence with Mr. Fogler. He stated he understood the conditions of his supervised release, which included special condition number 2.

As a result of Mr. Fogler's behavior, he was directed to report to the probation office prior to returning to treatment on February 28, 2022. Mr. Fogler failed to report to the probation office indicating he was taking his girlfriend to the hospital. He also stated he was not willing to return to inpatient treatment due to his concern for his girlfriend's emotional well-being and safety. Mr. Fogler was directed to report the following day, March 1, 2022, and failed to report as directed. Several attempts were made to contact Mr. Fogler, but no response was received. At this time, Mr. Fogler's whereabout are unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   March 2, 2022

s/Emely Cubias

Emely Cubias
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Thomas O. Rice
United States District Judge
March 2, 2022

Date