PROB 12C
(6/16)

Report Date: April 26, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 26, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Ryan Michael Fogler | Case Number: 0980 1:18CR02068-TOR-1 |

Address of Offender: Unknown

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: June 27, 2019

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 41 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(April 20, 2022) | Prison - 10 months<br>TSR - 36 months | |
| Revocation Sentence:<br>(June 22, 2023) | Prison - 8 months<br>TSR - 18 months | |
| Asst. U.S. Attorney: | George JC Jacobs, III | Date Supervision Commenced: January 23, 2024 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: July 22, 2025 |

## PETITIONING THE COURT

To issue a warrant.

On January 25, 2024, the offender's conditions of supervision were reviewed by the probation officer and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: The offender is alleged to have violated special condition number 5, by failing to report to Pioneer Human Services (PHS) for urinalysis testing on April 18 and 25, 2024. |

Prob12C
**Re: Fogler, Ryan Michael**
**April 26, 2024**
**Page 2**

        The probation officer received email correspondence from PHS indicating Mr. Fogler failed to report for urinalysis testing on April 18 and 25, 2024.

2       **Special Condition #4**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

        **Supporting Evidence**: The offender is alleged to have violated special condition number 4, by failing to attend required substance abuse treatment sessions at PHS on April 18, 22, and 24, 2024.

        The probation officer received email correspondence from PHS indicating the offender failed to report for scheduled group treatment sessions on April 18, 22, and 24, 2024. He also failed to report for a scheduled individual treatment session on April 22, 2024.

3       **Standard Condition #5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 calendar days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

        **Supporting Evidence**: The offender is alleged to have violated standard condition number 5, by failing to reside at his approved residence. Further, he failed to notify the probation officer within 72 hours of his change in residence.

        On April 25, 2024, the probation officer contacted the president of the clean and sober house where Mr. Fogler was approved to reside. He informed the probation officer that Mr. Fogler has not been residing at the residence since approximately April 19, 2024. He further advised that the offender no longer has any belongings at the residence.

        Mr. Fogler failed to notify the probation officer within 72 hours of his change in residence.

4       **Standard Condition # 7:** You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment, you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of that change.

        **Supporting Evidence:** The offender is alleged to have violated standard condition number 7, by failing to be lawfully employed.

Prob12C
Re: Fogler, Ryan Michael
April 26, 2024
Page 3

On April 25, 2024, this officer contacted Mr. Fogler by telephone and questioned him about his employment status. At that time, he advised the undersigned that he was no longer working, as he had been fired.

On April 26, 2024, this officer contacted the offender's employer who confirmed that Mr. Fogler was fired on April 22, 2024, based on his failure to report to work.

5    **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: The offender is alleged to have violated special condition number 5, by ingesting controlled substances, methamphetamine and fentanyl, on or about April 18, 2024.

On April 25, 2024, the offender contacted the probation office via telephone and advised that he relapsed on or about April 18, 2024. He stated that since that date, he has been using fentanyl and methamphetamine on a regular basis.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    April 26, 2024

s/Lori Cross

Lori Cross
U.S. Probation Officer

---

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    Other : Defendant to appear before the Magistrate Judge.

*signature*

Thomas O. Rice
United States District Judge
April 26, 2024
Date