PROB 12C
(6/16)

Report Date: May 2, 2024

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 02, 2024

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Ryan Michael Fogler | Case Number: 0980 1:18CR02068-TOR-1 |
| Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Spokane, Washington 99260 | |

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: June 27, 2019

Original Offense: Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence: Prison - 41 months  
TSR - 36 months

Type of Supervision: Supervised Release

Revocation Sentence:  
(April 20, 2022)  
Prison - 10 months  
TSR - 36 months

Revocation Sentence:  
(June 22, 2023)  
Prison - 8 months  
TSR - 18 months

Asst. U.S. Attorney: Earl Allan Hicks    Date Supervision Commenced: January 23, 2024

Defense Attorney: Federal Defenders Office    Date Supervision Expires: July 22, 2025

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 04/26/2024.

On January 25, 2024, the offender's conditions of supervision were reviewed by the probation officer and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

7   **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: The offender is alleged to have violated standard condition number 2, by failing to report to the U.S. Probation Office on April 29, 2024.

On April 26, 2024, this officer left a voicemail for the offender directing him to report to the U.S. Probation Office at 9:30 a.m., on April 29, 2024. Mr. Fogler failed to report as directed.

Prob12C
Re: Fogler, Ryan Michael
May 2, 2024
Page 2

8      **Special Condition # 4**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

     **Supporting Evidence**: The offender is alleged to have violated special condition number 4 by failing to attend required substance abuse treatment sessions at Pioneer Human Services (PHS) on April 26 and 29, 2024.

     The probation officer received email correspondence from PHS indicating the offender failed to report for scheduled group treatment sessions on April 26 and 29, 2024.

9      **Mandatory Condition # 1**: You must not commit another federal, state or local crime.

     **Supporting Evidence**: The offender is alleged to have violated mandatory condition number 1, by committing the offense of Unlawful Possession of a Firearm Second Degree, in violation of R.C.W. 9.41.040 CF, on or about April 30, 2024.

     According to Spokane County Sheriff's Office incident report number 2024-10059599, on April 30, 2024, law enforcement was dispatched to a residence in Otis Orchards, Washington, due to a report that a male, later identified as Mr. Fogler, backed into the complainant's vehicle. It was further reported that Mr. Fogler was found in possession of a firearm and he was being detained by bail bond agents at the scene until law enforcement arrived.

     Upon arrival, law enforcement made contact with bail bond agents who reported the incident. They stated they were at the location looking for a fugitive when they observed Mr. Fogler in a parked vehicle at the residence. Mr. Fogler then proceeded to back his car into their vehicle. When the bail bond agents approached him, they observed a pistol on the driver's seat tucked between the offender's legs. One of the agents retrieved the pistol, cleared it and placed the unloaded firearm on the trunk of the vehicle. The other agents maintained control of Mr. Fogler while waiting for law enforcement to arrive. It should be noted, Mr. Fogler made a comment to agents that there was a second firearm somewhere in the vehicle. He also admitted to a sheriff's deputy that he had used fentanyl and methamphetamine earlier that night.

     Deputies seized the firearm, as well as six rounds of 9mm ammunition. While looking through the back windows, deputies also observed a dresser drawer that appeared to be filled with various collectable items. It was suspected that those items may be stolen property. The offender's vehicle was subsequently seized and towed pending a search warrant. Mr. Fogler was transported to the Spokane County Jail and was booked into custody.

     As of this writing, there are no current court dates scheduled.

10      **Mandatory Condition # 1**: You must not commit another federal, state or local crime.

Prob12C
Re: Fogler, Ryan Michael
May 2, 2024
Page 3

**Supporting Evidence**: The offender is alleged to have violated mandatory condition number 1, by committing the offense of Prisoner Possessing Drugs in Local Jail, in violation of R.C.W. 9.94.041(2) CF, on or about April 30, 2024.

On or about April 30, 2024, Mr. Fogler was booked into the Spokane County Jail following his arrest for unlawful possession of a firearm second degree, as noted in violation number 9. During a search of Mr. Fogler's person, jail staff located a clear plastic bag containing a white powdery substance in his underwear, which was suspected to be fentanyl.

As of this writing, there are no current court dates scheduled.

11    **Standard Condition #10:** You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).

**Supporting Evidence:** The offender is alleged to have violated standard condition number 10, by possessing a firearm and ammunition on or about April 30, 2024.

As previously reported in violation number 9, on April 30, 2024, the offender was found in possession of a firearm and ammunition.

12    **Mandatory Condition # 2**: You must not unlawfully-possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law.

**Supporting Evidence**: The offender is alleged to have violated mandatory condition number 2, by being in possession of a controlled substance, on or about April 30, 2024.

As noted in violation number 10, the offender was found to be in possession of a white powdery substance, suspected to be fentanyl, when he was booked into Spokane County Jail on or about April 30, 2024.

13    **Mandatory Condition # 2**: You must not unlawfully-possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law.

**Supporting Evidence**: The offender is alleged to have violated mandatory condition number 2, by ingesting fentanyl and methamphetamine, on or about April 30, 2024.

As noted in violation number 9, the offender admitted to deputies that he had ingested fentanyl and methamphetamine on or a bout April 30, 2024.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

Prob12C
Re: Fogler, Ryan Michael
May 2, 2024
Page 4

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  May 2, 2024

s/Lori Cross

Lori Cross
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Thomas O. Rice
United States District Judge

May 2, 2024
Date